FILED
September 26, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003792863

TIMOTHY J. WALSH (69509)
ATTORNEY AT LAW
1319 TRAVIS BL.
FAIRFIELD, CA. 94533
TEL: 707 429-1990
FAX: 707 429-1998
FFLAW@SBCGLOBAL.NET
ATTORNEY FOR DEBTOR

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

IN RE THE BANKRUPTCY OF

KAMLESH J. PATEL

REKHA PATEL

    Debtor

Case No.: 11-38664

TJW-1

MOTION TO COMPEL TRUSTEE TO ABANDON BUSINESS OF DEBTOR

DATE: NOV 9, 2011
TIME: 10:00 AM
DEPT: D
COURTROOM 34
JUDGE: ROBERT S. BARDWIL

MOTION TO COMPEL TRUSTEE TO ABANDON BUSINESS OF DEBTOR

Debtors hereby move the Court to compel the trustee to abandon his interest in the business of the debtor, that certain sole proprietorship known as "Solano Ink & Toner", including all assets and receivables thereof, disclosed on the petition in schedule B and exempt to the full value on schedule C, as amended on Sept 26, 2011.

The basis of this motion is that the asset has no value to the estate, and constitutes a detriment and liability to the estate.

The debtors believe the trustee will have no opposition to this motion.

WHEREFORE;

Debtors hereby move the Court to compel the trustee, Hank Spacone, to abandon his interest in the business of the debtor known as "Solano Ink & Toner" a sole proprietorship, including all assess and receivables.

Dated this 26th DAY OF Sept. 2011

    /S/ TIMOTHY J. WALSH
    TIMOTHY J. WALSH
    ATTORNEY FOR DEBTOR